WERNER SCHWARTZENBACH, ADMINISTRATOR, &c., RE-
SPONDENT, v. ERNEST ANTOINE, APPELLANT.

Argued November 25, 1918—Decided November 27, 1918.

On appeal from the Passaic County Circuit Court.

For the appellant, *Benjamin Weinberg.*

For the respondent, *Peter J. McGinnis.*

PER CURIAM.

The question of the negligence of the appellant's driver, and the question of the contributory negligence of the respondent's decedent, were, each of them, for the determination of the jury under the evidence submitted. The motions to nonsuit, and to direct a verdict for the defendant, were therefore properly refused.

The judgment under review will be affirmed.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, SWAYZE, TRENCHARD, PARKER, BERGEN, MINTURN, BLACK, WHITE, HEPPENHEIMER, GARDNER, JJ.   11.

*For reversal*—None.